# United States Court of Appeals
## For the Eighth Circuit
_____

No. 25-2352
_____

Terry Lee Hinds, Pro Se & Suri Juris, Officially a/k/a Terry Lee Hinds

*Plaintiff - Appellant*

v.

Donald Trump, in his official capacity as the President of the United States of America & actions of the Government of the United States; Billy Long, in his official capacity as Commissioner of Internal Revenue Service &/or Commissioner of Internal Revenue; via 7803 & actions of Internal Revenue Service, IRS; Scott Bessent, in his official capacity as Secretary of the United States Department of the Treasury & actions of the United States Department of the Treasury; Pamela Bondi, in her official capacity as Attorney General of the United States & actions of United States Department of Justice

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 10, 2025
Filed: November 14, 2025
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Terry Hinds appeals the district court's[1] dismissal, for lack of subject matter jurisdiction, of his pro se complaint. Upon careful review, we agree that the district court lacked subject matter jurisdiction. See Laclede Gas Co. v. St. Charles Cty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.